

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F. #2017R00509

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 16, 2024

By ECF

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Jay Bryant
            Criminal Docket No. 20-CR-305 (S-2) (LDH)

Dear Judge DeArcy Hall:

      Pursuant to the Court's September 18, 2024 Order, the parties write to provide a joint status report regarding the above-captioned case in lieu of an in-person appearance. The case is scheduled for trial on January 26, 2026.

      The government has previously provided Rule 16 discovery and other disclosures to the defendant, including those pursuant to Brady v. Maryland. On or about October 24, 2024, the defendant requested additional materials held by the Office of the Chief Medical Examiner ("OCME"), and the government has endeavored to obtain and produce those materials. Based on conversations with OCME personnel, the government expects to provide the remainder of any responsive materials within the next few weeks.

      The parties have also had informal discussions about a possible disposition in the case. As the Court is aware, the defendant is pending sentence in a separate narcotics case in this district, 22-CR-415 (BMC), charging him with violations of Title 21, United States Code, Section 846, 841(b)(1)(A)(ii) and (iii) (distributing five kilograms of cocaine and 280 grams of crack cocaine) and Title 18, United States Code, Section 924(c)(1)(A)(i) (use of firearms in connection with a drug trafficking crime). He faces a mandatory minimum of 15 years in that case.

      Regarding a schedule for pretrial motions and motions in limine, the parties respectfully suggest that the Court require the defendant to file any pretrial suppression or dismissal motions in May, and that motions in limine from both parties be due in early September.

Additionally, to the extent that speedy trial time has not previously been tolled, the parties jointly request that excluding the intervening until the next status conference from the calculation of the Speedy Trial Act time limitations, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), would serve the ends of justice.

Thank you for your consideration of these requests. The parties remain available to provide further details or appear at the Court's convenience prior to the scheduled March 4, 2025 status conference.

Respectfully submitted,

BREON PEACE
United States Attorney

By:          /s/
Artie McConnell
Mark E. Misorek
Miranda Gonzalez
Assistant U.S. Attorneys
(718) 254-7000

cc: All Counsel of Record (by ECF)