

U.S. Department of Justice

United States Attorney
Eastern District of New York

MEM/MG
F. #2017R00509

271 Cadman Plaza East
Brooklyn, New York 11201

August 5, 2025

<u>By ECF and Email</u>

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Jay Bryant
             <u>Criminal Docket No. 20-305 (S-2) (LDH)</u>

Dear Judge DeArcy Hall:

      The parties jointly and respectfully request a one or two-week extension to provide a status update to the Court. The parties also respectfully request the exclusion of time under the Speedy Trial Act until the date that trial is scheduled to commence, which the parties understand may be in April 2026.[1]

      The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted to allow additional time for the defense to review discovery, prepare for potential pretrial motion practice, and for the parties to engage in discussions of a potential pretrial resolution of this case.

---

    [1]     The parties previously requested the exclusion of time between June 3, 2025 and the date that trial was scheduled to commence, which was January 26, 2026. <u>See</u> ECF No. 311.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/
Mark E. Misorek
Miranda Gonzalez
Assistant U.S. Attorneys
(718) 254-7000

cc:    Clerk of Court (LDH)
       Defense counsel of record