THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

February 9, 2026

*Via* ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Bryant,* 20 Cr. 305 (LDH)

Dear Judge DeArcy Hall,

The parties respectfully request an adjournment of the motions *in limine* deadline. Currently, opening motions *in limine* are due February 13, 2026. We respectfully request that the deadline be extended one month to March 13, 2026, and that the court extend the associated responses and replies to April 3, 2026, and April 17, 2026.

The reason for the requested adjournment is that in the past week, the parties engaged in substantive plea negotiations that may resolve the matter short of trial. A one-month adjournment would give the parties the additional time needed to finalize a potential resolution and, if no resolution is reached, still prepare motions *in limine*.

Accordingly, the parties respectfully request that the due date for opening motions *in limine* be adjourned to March 13, 2026, and the associated responses and replies be adjourned to April 3, 2026, and April 17, 2026, respectively.

Respectfully submitted,

/s/

César de Castro
Shannon McManus
Valerie Gotlib

cc: All Parties *(via* ECF)