

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MEM/MG                                          *271 Cadman Plaza East*
F. #2017R00509                                  *Brooklyn, New York 11201*

March 12, 2026

<u>By Email and ECF</u>

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Jay Bryant
               <u>Docket No. 20-CR-305 (S-2) (LDH)</u>

Dear Judge DeArcy Hall:

        The government writes with the consent of the defendant to respectfully request an adjournment of the status conference presently scheduled for March 12, 2026 at 3:00 p.m. The parties have been diligently working to resolve the case short of a trial and respectfully request a one-week adjournment to finalize their negotiations.

        The parties jointly and respectfully request the exclusion of time under the Speedy Trial Act until the next appearance before the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), in order to allow time to finalize the plea negotiations and provide the necessary paperwork to the Court.

        Respectfully submitted,

        JOSEPH NOCELLA, JR.
        United States Attorney

By:              /s/
        Mark E. Misorek
        Miranda Gonzalez
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Defense counsel (by Email and ECF)
       Clerk of Court (LDH) (by Email and ECF)